# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jackie Avery, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13282-DRH |
| *Lori Bagwell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13289-DRH |
| *Stephanie DiPiazza, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13291-DRH |
| *Erin O'Donnell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13363-DRH |
| *Cheryl Richards v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13304-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 12, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY:   /s/*Sara Jennings*
> Deputy Clerk

**Dated:**  February 12, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.12
16:37:46 -06'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**

2